IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRY ALEXANDRE,

    Plaintiff

    v.                    CIV. NO. S-02-1838-DFL-DAD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/    RELATED CASE ORDER

SHERRY ALEXANDRE,

    Plaintiff,

    v.                    CIV. NO. S-05-0626-CMK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a

1

1 | substantial savings of judicial effort and is also likely to be
2 | convenient for the parties.
3 |     The parties should be aware that relating the cases under
4 | Local Rule 83-123 merely has the result that these actions are
5 | assigned to the same judge and magistrate judge; no consolidation
6 | of the actions is effected.  Under the regular practice of this
7 | court, related cases are generally assigned to the judge and
8 | magistrate judge to whom the first filed action was assigned.
9 |     IT IS THEREFORE ORDERED that the action denominated CIV. NO.
10 | S-05-0626-CMK be reassigned to Judge David F. Levi and Magistrate
11 | Dale A. Drozd for all further proceedings, and any dates
12 | currently set in this reassigned case <u>only</u> are hereby VACATED.
13 | The parties are referred to the attached Order Requiring Joint
14 | Status Report.  Henceforth, the caption on documents filed in the
15 | reassigned case shall be shown as CIV. NO. S-05-0626-DFL-DAD.
16 |     IT IS FURTHER ORDERED that the Clerk of the Court make
17 | appropriate adjustment in the assignment of civil cases to
18 | compensate for this reassignment.
19 |     IT IS SO ORDERED.
20 | DATED:  7/22/2005

_____
DAVID F. LEVI
United States District Judge