IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRY ALEXANDRE,

        Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

No.  CIV.S-05-0626 DAD

ORDER

On September 14, 2005, the court issued an order directing plaintiff to show cause in writing why this case should not be dismissed for lack of prosecution.  Counsel for plaintiff timely responded to that order, attributing his delay in filing plaintiff's motion for summary judgment and/or remand to illness and his litigation of a matter before the United States Court of Appeals for the Ninth Circuit.  Counsel has requested additional time to file the required motion.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The order to show cause filed September 14, 2005, is discharged;

3  2.  Plaintiff shall file the required motion for summary judgment and/or remand within twenty (20) days of the date of this order; and

4  3.  Failure to timely file the required writing will result in dismissal of this action.

DATED: October 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.socsec/alexandre0626.discharge.eot

2